**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | ATF |
| City  Fitchburg | **Related Case Information:** | | |
| County  Worcester | Superseding Ind./ Inf. _____ | Case No. | 19-mj-4496-DHH |
| | Same Defendant _____ | New Defendant _____ | |
| | Magistrate Judge Case Number _____ | | |
| | Search Warrant Case Number | 19-mj-4494; 19-mj-4495 | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

Defendant Name  Terrick Bishoff     Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  Terrick Gale

Address  (City & State)  Ashburnham, MA

Birth date (Yr only): 1981   SSN (last4#): 4447   Sex  M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA  Michelle L. Dineen Jerrett     Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No     List language and/or dialect: _____

Victims:  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/23/2019     Signature of AUSA: _/s/ Michelle L. Dineen Jerrett_

**District Court Case Number** (To be filled in by deputy clerk): 19-mj-4496-DHH

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 922(o) | Unlawful possession or transfer of machine gun | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____